BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

RITA F. LIN (CABN 236220)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6511
    FAX: (415) 436-7234
    Rita.Lin@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) NO. CR 15-00438 RS |
| Plaintiff, | ) |
| v. | ) [~~PROPOSED~~] ORDER EXCLUDING TIME FROM SEPTEMBER 29, 2015 THROUGH NOVEMBER 10, 2015 |
| OSCAR CORDERO, | ) |
| Defendant. | ) |

    The defendant, OSCAR CORDERO, represented by Ellen Leonida, Assistant Federal Public Defender, and the government, represented by Rita Lin, Assistant United States Attorney, appeared before the Court on September 29, 2015, for an initial status hearing.  The parties represented that discovery had been provided to the defense and that the defense needed additional time to research and investigate the issues.  Defense counsel requested a continuance of the matter.

    The matter was continued to November 10, 2015 at 2:30 p.m. for a change of plea hearing or motion-setting.  Counsel for the defendant requested that time be excluded under the Speedy Trial Act between September 29, 2015, and November 10, 2015, to allow defense counsel time to research and investigate the issues.  The government stated it had no objection to excluding time.

ORDER EXLUDING TIME
Case No. CR 15-00438 RS

1  Based upon the representation of counsel and for good cause shown, the Court finds that failing
2  to exclude the time between September 29, 2015, and November 10, 2015, would unreasonably deny the
3  defendant continuity of counsel and would deny counsel the reasonable time necessary for effective
4  preparation, taking into account the exercise of due diligence. 18 U.S.C. § 3161(h)(7)(B)(iv). The
5  Court further finds that the ends of justice served by excluding the time between September 29, 2015,
6  and November 10, 2015, from computation under the Speedy Trial Act outweigh the best interests of the
7  public and the defendant in a speedy trial. Therefore, IT IS HEREBY ORDERED that the time from
8  and including September 29, 2015, through and including November 10, 2015, shall be excluded from
9  computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

DATED: 9/29/15

_____
HONORABLE RICHARD SEEBORG
United States District Judge

ORDER EXLUDING TIME
Case No. CR 15-00438 RS